UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Jason Gies,

Plaintiff(s),

v.

Windrose Technology Inc.,

Defendant(s).

Case No. 2:25–cv–13416–JJCG–CI
Hon. Jonathan J.C. Grey

---

### CLERK'S ENTRY OF DEFAULT

Party in Default:  Windrose Technology Inc.

The default of the party named above for failure to plead or otherwise defend is entered.


### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

KINIKIA D. ESSIX, CLERK OF COURT


By: s/ M Sylvester
Deputy Clerk

Dated:   January 12, 2026