MIED (Rev. 3/11) Clerk's Entry of Judgment by Default

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jason Gies

                Plaintiff(s),

v.

Windrose Technology Inc.

                Defendant(s).

_____/

Case No.  25-cv-13416

Honorable  Jonathan J.C. Grey

## CLERK'S ENTRY OF JUDGMENT BY DEFAULT

      The Clerk's entry of default having been entered against Defendant Windrose Technology Inc.           , and an affidavit having been filed;

      THEREFORE, upon the request of the Plaintiff, and pursuant to Rule 55 (b)(1) of the Federal Rules of Civil Procedure, JUDGMENT BY DEFAULT is hereby entered in favor of the Plaintiff and against the Defendant Windrose Technology Inc.           , in the amount of $    412,499.88      plus interest.

                        KINIKIA D. ESSIX, CLERK OF COURT
                        United States District Court


                        By: s/ L Hamka
                              Deputy Clerk


Dated: 1/15/2026